# United States District Court

for the

_____ District of Idaho

_____ Division

Objection

| | |
|---|---|
| Andrianumearisata Artem | **Case No.** _____ |
| *Plaintiff* | |
| V | |
| Gem State Staffing | U.S. COURTS |
| Idaho Milk Products | DEC 0 1 2020 |
| Idaho Human Rights Commission | Rcvd_____Filed_____Time_____ |
| *Defendants* | STEPHEN W. KENYON<br>CLERK, DISTRICT OF IDAHO |

## Objection to Undiscoverable Admissible Information

Based on **28 USC 2072 (b)** that the rules of civil procedure "shall not ...abridge" due process of 14th Amendment, the plaintiff, in regard to :

**7.1**   **(a)** disclosure and contents

   **(b)** supplemental statement

**15**   **(d)** supplemental statement and response

**16**   **(a) (2)** establishing control and management of the case

1) moves to object:

the **26(b)(1)** " Information within this scope of discovery need not be admissible in evidence to be discoverable. ",

if such disclosure was filed within the first presence by modification **16(b)(3)(B)(i)**, or if such disclosure will be filed further in the proceedings.

2) requests the court to order : that if information is admissible it must be discoverable.

Date :   _____

Signature of Plaintiff: _____

Printed Name of Plaintiff     <u>Andrianumearisata Artem</u>