# United States District Court

for the

_____ District of Idaho

_____ Division

Andrianumearisata Artem    Case No. _____

*Plaintiff*

V

Gem State Staffing

Idaho Milk Products

Idaho Human Rights Commission

*Defendants*

U.S. COURTS

DEC 0 1 2020

Rcvd_____Filed_____
STEPHEN W.
CLERK, DISTRI...

## Request to Exclude Unreasonable Matters

If the scheduling order was modified **16(b)(3)(B)(I)** by a defendant filing a disclosure at the time of first presence **7.1**, the plaintiff requests, with the courts permission **16(b)(4)** in regard to **1. "...secure the just..."** procedures by equal applicability, for the purposes of **16 (a)(2) "establishing... control"** over the case, to eliminate **16(c)(2)(A)** unreasonable matters, including :

Ex post facto defense by a defendant , in **15(d) or by any other rule,** if filed within the first presence or used later in the process, as :

i) before the defendant's business

ii) at the time the defendant imposed constraining obligations on the plaintiff

iii) and at the time it is actually affected the plainntiff

every Constitutional statute against such obligation was effective .

Date: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff:    Andrianumearisata Artem