# United States District Court

for the

_____ District of Idaho

_____ Division

U.S. COURTS

DEC 2 2 2020

Rcvd_____Filed_____Time\_\_\_\_\_
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Andrianumearisata Artem

*Plaintiff*

V

Gem State Staffing et al

*Defendants*

Case No:   1:20-cv-00547-REB

Objection to Undiscoverable Admissible Information

Based on **28 USC 2072 (b)** that the rules of civil procedure **"shall not ...abridge"** due process of 14th Amendment, the plaintiff, in regard to:

**7.1**   (a) disclosure and contents

   (b) supplemental statement

**15**   (d) supplemental statement and response

**16**   (a) (2) establishing control and management of the case

1) moves to object:

the **26(b)(1)** " Information within this scope of discovery need not be admissible in evidence to be discoverable. ", if such disclosure was filed within the first presence by modification **16(b)(3)(B)(i)**, or if such disclosure will be filed further in the proceedings.

2) requests the court to order : that if information is admissible it must be discoverable.

Date : December 12, 2020

Signature of Plaintiff: _____

Printed Name of Plaintiff     Andrianumearisata Artem