United States District Court

for the

_____ District of Idaho

_____ Division

U.S. COURTS
DEC 22 2020
Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Andrianumearisata Artem

*Plaintiff*

V

Gem State Staffing et al

*Defendants*

Case No:   1:20-cv-00547-REB

## Request to Exclude Unreasonable Matters

If the scheduling order was modified **16(b)(3)(B)(I)** by a defendant filing a disclosure at the time of first presence **7.1**, the plaintiff requests, with the courts permission **16(b)(4)** in regard to **1. "...secure the just..."** procedures by equal applicability, for the purposes of **16 (a)(2) "establishing... control"** over the case, to eliminate **16(c)(2)(A)** unreasonable matters, including :

**Ex post facto** defense by a defendant , in **15(d) or by any other rule,** if filed within the first presence or used later in the process, as :

i)      before the defendant's business

ii)     at the time the defendant imposed constraining obligations on the plaintiff

iii)    and at the time it is actually affected the plaintiff

every Constitutional statute against such obligation was effective .

And it was likewise thought, that if the scheduling order was not modified at the time of the first presence, the plaintiff asking the court to hold this request effective at other times and places initiated by the Federal Rules of Civil Procedure.

Date: December 12, 2020

Signature of Plaintiff: _____

Printed Name of Plaintiff:     Andrianumearisata Artem