# United States District Court

for the

_____ District of Idaho

_____ Division

U.S. COURTS

DEC 22 2020

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Andrianumearisata Artem

    *Plaintiff*

  V

Gem State Staffing et al

    *Defendants*

Case No.  1:20-cv-00547-REB

## Affirming the Submissions

It has been called for plaintiff's attention to resubmit the following supplemental requests: Objection to Undiscoverable Admissible Information, requests to Exclude Unreasonable Matters. And which plaintiff is promptly resubmitting with the granted permission of the court.

Date of signing: December 12, 2020

Signature of Plaintiff: _____

Printed Name of Plaintiff    Andrianumearisata Artem