LAWRENCE G. WASDEN
ATTORNEY GENERAL

STEVEN L. OLSEN, ISB # 3586
Chief of Civil Litigation Division

ROBERT A. BERRY, ISB # 7742
Deputy Attorneys General
Civil Litigation Division
Office of the Attorney General
954 W. Jefferson Street, 2nd Floor
P. O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Fax: (208) 854-8073
robert.berry@ag.idaho.gov
Attorneys for Defendant
Idaho Human Rights Commission

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ARTEM ADRIANUMEARISATA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> GEM STATE STAFFING, IDAHO MILK ) <br> PRODUCTS, and IDAHO HUMAN ) <br> RIGHTS COMMISSION, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:20-cv-00547-DCN <br><br> **DECLARATION OF BENJAMIN EARWICKER, PhD, IN SUPPORT OF IDAHO COMMISSION ON HUMAN RIGHTS' MOTION TO DISMISS COMPLAINT FILED DECEMBER 1, 2020 [DKT. 1] AND/OR MOTION FOR SUMMARY JUDGMENT** |

I, BENJAMIN EARWICKER, PhD, declare as follows:

1. I am over the age of 18 years and competent to testify on the matters herein. I make this declaration based upon my own personal knowledge.

2. I am the executive director for the Idaho Commission on Human Rights ("IHRC").

3. I have been employed with the IHRC since 2016 and have been its Executive Director since April 2017.

4. Before my employment with the IHRC, I was a professor at Northwest Nazarene University ("NNU") for thirteen years where I taught Spanish and Latin American studies.

5. I received my four bachelor degrees from NNU and my masters and PhD degrees from the University of Otago in Dunedin, New Zealand.

6. The IHRC is an agency created in the office of the Governor of the State of Idaho, which consists of nine members all appointed by the Governor with the advice and consent of the Senate for three year terms (*see generally* Title 67, Chapter 59, Idaho Code).

7. By virtue of my status as executive director of the IHRC, I have access to all of its files, including communications that are received by the IHRC. All of these files and records are kept in the usual and ordinary course of business at the IHRC.

8. The general mission of the IHRC is to help protect persons within the State of Idaho from illegal discrimination.

9. Plaintiff, Artem Andrianumearisata, filed a complaint with the IHRC that was subsequently investigated and resulted in the issuance of an Administrative Review and Commission Determination on May 1, 2020. A true and correction copy of the IHRC's May 1, 2020 determination is attached as Exhibit A.

10. The complaint filed with the IHRC by Plaintiff related to his employment with Gem State Staffing and a temporary staffing assignment at Idaho Milk Products beginning in July of 2019.

11. Plaintiff alleged that he was subjected to a hostile work environment based on his

DECLARATION OF BENJAMIN EARWICKER, PhD, IN SUPPORT OF IDAHO COMMISION ON HUMAN RIGHTS' MOTION TO DISMISS COMPLAINT FILED DECEMBER 1, 2020 [DKT. 1] AND/OR MOTION FOR SUMMARY JUDGMENT – 2

race.

12.     Based upon the evidence submitted, the IHRC found no probable cause to believe that unlawful discrimination occurred.

13.     When the Administrative Review and Commission Determination was issued on May 1, 2020, it informed Plaintiff of his right to sue by including the following language: "Idaho law permits Complainants to file court actions, despite findings of 'no probable cause' by the Human Rights Commission. A private action under the Human Rights Act must be filed in court within 90 days of the date of issuance of this notice of administrative dismissal."

14.     On or around December 21, 2020, the IHRC received by mail a summons without court seal and an unsigned complaint that appear to relate to the above captioned matter. A true and correct copy of the summons and unsigned complaint received by the IHRC on December 21, 2020 is attached as Exhibit B.

15.     The IHRC has not received or been served with a signed complaint relating to the above captioned matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this January 27, 2021.

                                            */s/ Benjamin Earwicker*
                                            Benjamin Earwicker, PhD

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Richard R. Friess
THOMSEN HOLMAN WHEILER, PLLC
friess@thwlaw.com


AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CMF/ECF Registered Participant in the manner indicated:

**Via First Class U.S. Mail, postage prepaid and addressed as follows:**

Artem Andrianumearisata
235 Camarillo Way
Twin Falls, ID 83301

                                                                                                                         /s/  Robert A. Berry
                                                                                                                          ROBERT A. BERRY
                                                                                                                          Deputy Attorney General