AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

**RECEIVED**
**DEC 2 1 2020**
**IDAHO HUMAN RIGHTS**

ARTEM ANDRIANUMEARISATA
*Plaintiff(s)*

v.

Civil Action No. 20-CV-257-REB

Idaho Human Rights Commision
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Idaho Human Rights Commision
317 W. Main Street.
Boise, Idaho, 83735

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ARTEM ANDRIANUMEARISATA
235 Camarillo Way
Twin Falls, ID, 83301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Dec. 1, 2020

*Kimberly Judela*
Signature of Clerk or Deputy Clerk

**EXHIBIT A**
**Page 1 of 11**

# United States District Court

for the

_____ District of _____

_____ Division

**RECEIVED**
**DEC 2 1 2020**
**IDAHO HUMAN RIGHTS**

Andrianumearisata Artem

*Plaintiff*

Case No. 20-CV-257 REB

v

Jury Trial: _X_ No ___ Yes

Gem State Staffing

Idaho Milk Products

Idaho Human Rights Commission

*Defendants*

**United States Courts**

550 W. Fort St. Suite 400

Boise, ID, 83724

# Complaint.

## VIOLATION OF CONSTITUTINAL RIGHTS.

I. **The Parties to This Complaint.**

   **A. The Plaintiff**

   Name: Artem Andrianumearisata

   Street Address: 235 Camarillo Way

   City and County: Twin Falls

   State and Zip Code: Idaho, 83301

   Telephone Number: (208) 733-9378

   E-mail Address: timofficeemail@yahoo.com

   **B. The Defendant(s)**

   Defendant No. 1

   Name: Gem State Staffing

   Job or Title: Staffing

   Street Address: 4647 E 185 N

   City and County: Rigby

   State and Zip Code: Idaho, 83442

   Defendant No. 2

   Name: Idaho Milk Products

   Job or Title:

   Street Address: 2249 South tiger Dr.

   City and County: Jerome

   State and Zip Code: Idaho, 83338

Defendant No. 3

    Name: Idaho Human Rights Commission

    Job or Tile: Human Rights Commission

    Street Address: 317 W. Main Street

    City and County: Boise, Ada

    State and Zip Code: Idaho, 83735

## II. Jurisdiction

1. In pursuance of Constitutional statutes the plaintiff states the jurisdiction of the United States' court.
2. Plaintiff states the notice of rights to sue from U.S. Equal Employment Opportunity Commission, in connection to the decision of Idaho Human Rights Commission finding on a customs of the Gem State Staffing's policy.

A. The Constitutional statutes violated:

### AMENDMENT 1

"...abridging ...the right...to assemble...a redress... "

### AMENDMENT 4

"...particularly describing the place ...and the persons... "

### AMENDMENT 9

"The enumeration in the Constitution, of certain rights, shall not be construed to deny ... others retained by the people."

### AMENDMENT 10

"The powers not delegated to the United States by the Constitution ... "

AMENDMENT 13

"Neither slavery nor involuntary servitude...shall exist ..."

AMENDMENT 14, Section 1:

"...any person...equal protection of the laws."

AMENDMENT 14, Section 4:

"...assume... obligations..."

ARTICLE III, Section 2:

"...to controversies to which United States shall be a party ... [and between a State...and... Subjects.]"

## III. Statement

On the grounds of appeal to a federal jurisdiction vested in the federal district court of the United States, I allege my Constitutional rights were violated, and the following events by count had factual violations to those rights:

**AMENDMENT 14, Section 4:**     "...assume...obligations..."

and/or

**AMENDMENT 13:**   "Neither slavery nor involuntary servitude ...shall exist..."

and/or

**AMENDMENT 10:**   " The powers not delegated to the United States by the Constitution..."

**Count i)** On September 20, 2017 I was obligated by the Gem State Staffing (GSS) to volunteer, based on my necessity to live through employment, for the boundaries which constitute violation to my liberties, by signing

the policy (Citation B) including but not limited to:

"GEM STATE STAFFING RULES & REGULATIOS... tasks with or without reasonable accommodation... CLAIMS AGAINST GEM STATE STAFFING CUSTOMERS ... forever discharge any claim ... against any customer of the Company ... DISPUTE RESOLUTION ... any disputes ... including any claims of discrimination, harassment ... to be resolves by arbitration as ... sole remedy. The American Arbitration Association shall conduct the arbitration ... EMPLOYMENT VERIFICATION AUTHORIZATION...Gem State Staffing, or any representative...to contact ... present and past employer(s) for the purpose of confirming ...length of employment, wages and other relevant data." which:

    1) abridges the right of equal applicability

    2) abridges the right of a redress

    3) abridges the rights of search and seizure ,

    4) abridges the right against disparagement

    5) delegates the powers prohibited by the United States

    6) assumes illegal obligations

**AMENDMENT 14, Section 1:** "...any person...equal protection of the laws."

**Count i)** The Gem State Staffing (GSS) assigned me to work at Idaho Milk Products (IMP) in the 2nd week of July 2019 from Friday the 12th to Saturday 14th. My employment was restrained by the derogatory attacks of the racial slurs at multiple times.

**Count ii)** On Monday July the 15th 2019 after I reported a request to be assigned where equal employment opportunity is affirmed, the GSS sent me back to the IMP.

**Count iii)** And again I was threatened with derogatory attacks of ethnic slurs on July the 17th 2019 as I returned to work.

**Count iv)** One of the persons who was shouting the derogatory threats, confirmed screaming it in the presence of the manager of IMP, but was not ordered from the IMP's employment as I was.

**Count iv)** GSS' policy is denying the right of appealing to a jurisdiction other than American Arbitration Association: if defendant was able to choose a place of a resolution for disputes against themselves, I shall not be denied the same. Provided, the ARTICLE III, Section 2: "... to controversies to which United States shall be a party ... [and between a State...and...Subjects.]" is within the Section 1 of the 14th AMENDMENT " All persons ... and subject to the jurisdiction...of the State wherein they reside ... nor deny...within its jurisdiction the equal protection of the laws ".

**AMENDMENT 9 :** " The enumeration in the Constitution, of certain rights, shall not be construed to deny ... others retained by the people."

**Count i)** The decision of the Idaho Humane Rights Commission, not finding a probable cause, which was based on the State's law (Citation C) Title 67 " STATE GOVERNMENT AND STATE AFFAIRS" , Chapter 59 "COMMISSION ON HUMAN RIGHTS", 67-5909, not expressly discerning the accordance to act :

"67-5909. ... (1) For an employer to fail or refuse to hire, to discharge, or to otherwise discriminate..." by which a term fundamentally incapable to remain as "... refuse... to otherwise discriminate..." is not prohibited from applicability, also present in "67-5909. (2) For an employment agency to fail or refuse to refer for employment, or otherwise to discriminate..." and further enlargement evident in "67-5909. (3)(c)(4)...; but a notice or advertisement may indicate ... discrimination...",

when it is expressly delegated that equality is the right retained among liberties of independence, suggesting failure to establish rectitude of those rights certain in necessity.

**AMENDMENT 4:** "...particularly describing the place ...and the persons... "

supports affirmation to all establishments of the equal employment opportunities, yet was denied because of a stage of GSS' policy abridging the right of employees to complain on the Company's clients:

**Count i)** On July 17th 2019 the GSS management stated they could not write a complaint on the clients to which I was assigned to work, but the only remedy against derogatory treatment is not sending the employees to the same work place.

**Count ii)** I have initiated a complaint to the Idaho Human Rights Commission on July 18th 2019, and about August 1st of 2019, when speaking on the phone with one of their employees, was advised that I could not file a complaint to actual employer of the person or the person who was violating the equal employment opportunity standards because of GSS' policies.

**Count iii)** On August the 2nd 2019, I asked the GSS' management to provide the name of the person who shouted derogatory threats and the company he worked for, to make a complaint myself, she stated again that she is not able to file a complaint on their clients because of the policies of the GSS.

**Count iv)** The decision of Idaho Human Rights Commission, on May 1st 2020, not finding a probable cause.

**AMENDMENT 1:**   "abridging ...the right...to assemble...a redress "

**Count   i)** On July 17th 2019 the GSS management stated I could not request them to make a complaint to their clients or client's employees.

**Count  ii)** When speaking with Idaho Human Rights Commission's employees, I was denied a right to file a complaint on the GSS' client's employee, because of the GSS' policy.

**Count iii)** I have asked on August 2nd 2019 the GSS to provide me with the full name of the employee who shouted racial slurs and the company of his employment, to make a complaint myself, but was denied again because of the GSS' policy.

## IV. Relief

I, Artem Andrianumearisata, the plaintiff of this complaint, hold the court to dissolve the boundaries of suffering , I allege , according to the report of rebuttal from GSS , where the defendant refusing to submit to the authority of civil rights, and from the decision of the Idaho Human Rights Commission, not finding a probable cause, the practice is continuous. I pursue a judgment to find such practice and destructive legislative properties unconstitutional. It inflicted inestimable damaging affect to my moral cognition as a resident abridged and denied of civil rights, under the United States which provides equality certain among any person subject to the jurisdiction.

## V. Signature

By signing below, I certify to the best of my knowledge, that information in this complaint is true.

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: Andrianumearisata Artem