United States District Court
for the
District of Idaho

U.S. COURTS

FEB 2 3 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Andrianumearisata Artem
*Plaintiff*
v
Gem State Staffing etc., al
*Defendant*

Case No.   1:20-cv-00547-REB

Opposition to Defendant

Idaho Human Rights Commission's

Motion to Dismiss

AFTER Defendant Idaho Human Rights Commission's (IHRC) Motion to Dismiss, the Plaintiff, Artem Andrianumearisata, is hereby Reestablishing the Complaint, with and by Assertion of Artem Andrianumearisata, Request for Certification, Objection to the Matters Outside Defendant IHRCs Motion to Dismiss, Request to Order Issuance Under the Seal, and Defining Motion for Judgment.

I HEREBY CERTIFY, that on February 19, 2021, I have mailed by the first class all the documents here mentioned to the United States District Court and Defendant IHRC' attorney.


Plaintiffs Name: Artem Andrianumearisata

Date: February 18, 2021

Signature: _____