**United States District Court**

for the

District of Idaho

U.S. COURTS

FEB 2 2, 2021

Rcvd____Filed____Time____

STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Andrianumearisata Artem
  *Plaintiff*

        V

Gem State Staffing etc., al
  *Defendant*

Case No.  1:20 -cv-00547-REB

Reestablishing in support of Opposition to

the Defendant IHRC's Motion to Dismiss

### I. Inquiry

Plaintiff received a Defendant IHRC's Motion for Time Extension on the 12th of first month of 2021, which had no signature and no seal of who was granting it, according to Assertion of Artem Andrianumearisata *(Andrianumearisata Note 6)*. Followed by Motion To Dismiss/ Motion for Summary judgment, Earwicker's *(Earwicker)* declaration, attorney Berry's Memorandum *(Memorundum)* on February 1, 2021. The Plaintiff reasoning the court to continue the Complaint for Judgment. Resuming the relief is due based on the proper Defendant serving by the Rule 4(b) , as the summons notified to the Idaho Human Rights Commission (IHRC) had signature of the clerk and court's seal. The true copy of the Complaint *(Complaint)* with summons was provided to Defendant IHRC through the mail *(Andrianumearisata Note 5)*. Proved signature of the Complaint verified on the 16th of the first month this year, as required by the Rule 11(b). Defendant serving by the Rule 4(c)(3), a precise appointed manner of first class mail , described in the Rule 4(i) , and by the Rule 4(J)(2) referring to the same process of Rule 4(i) , the United States and subordinate. Further, Defendant's burden on the 11th Amendment is a contradiction of IHRC defense that a right for a Judgment was not abridged. No more immunity to suggest the every act's foundation could not be examined by the Article III, to which a State should be a party. At last, the nature of the Defendants supposition about the Complaint statement, substance and relief has no grounds, because every requirement of Rule 8(a)(1),(2),(3) have been met. The court should continue the Complaint based on those reasons.

### II. Departure

A local agency, similar to the IHRC, is a subordinate of the State. A State, is a subordinate of the Federal Government. The United States Government's stand is fixed to support and represent its residents *(Andrianumearisata Note 1,2),(Complaint p 3., The Constitutional statutes violated)*. The fortune of the IHRC's function depending not enough on discrimination but "illegal discrimination" *(Earwicker note 8), (Memorandum p 3)(Citation C, 67-5909(1)(2)(3)(4))*.

Determination of the IHRC , issued on May 1 ,2020, contemporary collected to a log by U.S. Equal Employment Opportunity Commission, was based on the believe or idea of what is lawful discrimination. The entanglement of responsibility lays on the failure of any immediate action ,once an employer knows about the discrimination, but the true failure rather occurs originally at immunity by policy, local law , or Act, making the agency and employer known for such teasing *(Citation C, 67-5909)*, *(Citation D, Commission's Determination)*. The extensive foreign experience of Defendant IHRC's background to the Administrative Review, is distinguishing a worth no mistake, that a status and the mission of the agency is at discretion to suspend Amendments to the Constitution *(Earwicker 1-7 )*.

On September 6,2020 the Plaintiff received a notice of a rights to suit ,in connection to the matters captioned in

Complaint , from the U.S. Equal Employment Opportunity Commission , which was filed with the Complaint on December 1,2020 *(Andrianumearisata Note 3,4)* . The Plaintiff has notified the IHRC by mailing the certified summons and copy of the Complaint to Defendant IHRC *(Andrianumearisata Note 5)*. Once called to verify a signed copy of the Complaint, the Plaintiff mailed another copy of the signed Complaint to the Defendants attorney Berry *(Andrianumearisata Note 6)*. The Complaint is credited in necessity beyond Defendant's coloring of the Constitution as distinctly not applicable in all cases *(Complaint. II Jurisdiction. A.) (Andrianumearisata Note 1,2)*. The defendant IHRC's stead of altering the Constitution as uncertain, is one of the plaintiff's reasons in pursuance of the Constitutional resolution in the court of Untied States *( Andrianumearisata Note 4)*. The resolution of the Complaint is fundamental: in connection to the Defendant IHRC, is to reverse Unconstitutional determination *(Complaint. p. 9)*.

III. Examination

A. The Complaint number 1:20 -cv-00547-REB shall continue for judgment because the F.R.C.P 4, 5 (c), 7.1 has been represented to the Defendant IHRC.

<u>1. Defendant IHRC serving of the summons was informed proper under F.R.C.P 2, 3, 4 (a) , 4(b) ,  and 11.</u>

Plaintiff established Defendant IHRC serving of the summons by mailing the originally signed and sealed summons of the court. Within the period of serving, the IHRC's designated attorney was provided with the signed copy of the complaint.

Defendant's inclining of the form in F.R.C.R 2 to a multitude of requirements, makes it impossible to meet: there was no way Plaintiff to aspire a principle, if such information is not displayed *(Memorandum p. 4)*. Andrianumearisata notified IHRC with the summons issued by a clerk and the Complaint *(Andrianumearisata Note 5)* . F.R.C.F 3 presents a legibility of an action by submitting "a complaint with the court" , affirming that the Plaintiff  filed the complaint at the United States Court for the District of Idaho *(Andrianumearisata Note 4)*. More precise F.R.C.P (4)(b) includes the text:

"... If the summons is properly completed, the clerk must sign, seal, and issue it to plaintiff ..."

which must dismiss obedience to the Defendant IHRC's allegations, because there could be no signature without the seal and the seal without the signature . If the Complaint filed and summons has signature of the clerk, the summons must be proper *(Memorandum p. 4)*. Once signature verified to the omission of the rule 11, the Plaintiffs' good continuance for judgment is secured *(Andrianumearisata Note 5,6)* .

<u>2. The process of notifying the summons on Defendant IHRC was sufficient 4j(2)(B), 4(i)(2), 5(c)(1)</u>

Defendant IHRC's claiming of a want in sufficiency of service is out of place, the process is evident by the Defendant IHRC's defense as an insufficiency of service by the Rule 12(b)(5) . In no matter Plaintiffs duty, which relied on requirement to avoid restricting Defendant's objecting to the absence of the service, however irrelevant to established  sufficiency of Plaintiff's notifying of the summons , was disregarding to the Defendant (F.R.C.P. 4) . One of the methods of notifying prescribed by the FRCP 4 j(2)(B) , particularly as the content :

"(B). serving a copy of each in the manner prescribed by that state's law for serving a summons or like process on such defendant."

is a notion under the notifying United States and its subordinates F.R.C.P. 4(i)(2) prescribing :

"To serve a United States agency or corporation, or United States officer or employee sued only in an official capacity,

a party must serve the United States and also send a copy of the summons and off the complaint by registered or certified mail to the agency, corporation, officer or employee."

Yet the locality of Defendant IHRC's factious argument is further cured by the evident Motion for Time Extension , which has no signature and seal of the court, but relates to the United States assembly in the FRCP 12.(a)(2) , since it has been more than 21 days for Defendant's response (*Andrianumearisata Note 7)*. By the requirement of initial disclosure in the F.R.C.P. 7.1, that the proper parties would identify themselves in this matter, at the time of mailing the notice, IHRC's executive officer and attorney have not been designated. Given the prescription of FRCP 5(c)(1) , where all parties to the Complaint has been notified, the IHRC specifically, has numerous representatives and for that purpose should be deemed notified as the agency serving of the summons was provided.

What would be an acceptable opinion of Defendant IHRC about the proper process remains cloudy, for subsection (g)(1) of the FRCP 12 permits the compact of the motions "with" another motion, but defendant IHRC has failed to provide operative copy of the document referring to   as "(Dkt.11,p.5)" *(Memorandum p 6)* . In this instance Defendant IHRC's matters outside of the motion met by criteria of rule 8(b)(6) where response is not needed from the Plaintiff. Again, the only papers presented to the Plaintiff were Motion to Dismiss /Motion for Summary Judgment , Earwicker's declaration, and Memorandum, which were not identified as "(Dkt.11,p.5)" *(Andrianumearisata Note 6)*.

B. The Complaint 1:20-cv-00547-REB shall continue for judgment based on FRCP 4.1(b) , 4(c)(1), 8(a)(1)(2)(3) under ARTICLE III and 14th Amendment to the Constitution.

<u>1. The Complaint 1:20-cv-00547-REB shall continue for judgment based on F.R.C.P. 4.1(b) under the 14th Amendment to the Constitution.</u>

The region of Defendant IHRC's tying of the allegations is from uncommon absolutism. No case growing out of Defendant IHRC's argument, which increases burden on 11th Amendment to reduce all other Amendments, is a reasonable applicability of the law *(Memorundum p.7)*. The only efforts showing by such cases is the unlawful abrogation of other Amendments: the redress of the First Amendment , search and seizure of the Fourth Amendment, enumeration of the Ninth Amendment , delegation of the Tenth Amendment, and even better the case or controversy of the Sixth and Seventh Amendments *( Citation A)*. Abandon this to "all cases" of the ARTICLE III, the Defendant IHRC's privilege is from unsettled dominion *(Citation A)*.

Defendant IHRC's confuting of immunity is by " [uncertainty of] the United States Constitution" *(Memorandum p.4)*, which allegedly exists between the policy of a local agency and the law-making municipality, rather than by equal assembly of Independent Constitution *(Citation C , 67-5909)*.

The FRCP 4.1(b) obliged in whole the subject matter jurisdiction of the court, despite the quasi or partial reimbursement from Defendant IHRC of the 11th Amendment, all the Amendments to the Constitution is a "federal law". A lawful resident of any State is a person under the 14th Amendment to the Constitution *(Andrianumearisata Note 1,2)*.

To infer most counteracting term of Defendants IHRC's Motion to Dismiss, for which the Defendant  IHRC thinks the Plaintiffs complaint should be silent, one must review the perfection of the 11th Amendment, which ultimately consulting the suit "against" a State , but the essence of Andrianumearisata's redress vested in pursuance of the Constitutional rights *(Andrianumearisata Note1,2), (Citation A), (Complaint p. 3)* .

<u>2.  The Complaint 1:20-cv-00547-REB shall continue for judgment according to the F.R.C.P 4(c)(1) and 6(d).</u>

Plaintiff received a notice of rights to suit , from the U.S. Equal Employment Opportunity Commission, on September 6,2020, which provided 90 days to file a complaint *(Andrianumearisata Note 3)*. On December 1,2020 , Andrianumearisata filed the Complaint with the United States Court for the District of Idaho. Even if the Defendant IHRC counting of time by additions of FRCP 6(d) was a refusal to FRCP 4(c)(1) , the Complaint was filed within the time appointed *(Andrianumearisata Note 4)*.

<u>3. The Complaint 1:20-cv-00547-REB shall continue for judgment according to the F.R.C.P 8(a)(1),(2),(3).</u>

Plaintiff's accordance to the FRCP 8(a)(1),(2),(3) is stated as "Violation of the civil rights" *(Complaint p.2),*  which delegating to all statutes there mentioned as entitlement for relief , and the resolution to find Unconstitutional the policy and practice affecting those rights .

IV. Conclusion

Based on all of this reasons, the Plaintiff request the court that the Complaint 1:20-cv-00547-REB shall have a good continuance for Constitutional judgment.

Plaintiffs Name: <u>Artem Andrianumearisata</u>

Date: <u>February 18, 2021</u>

Signature: _____



We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America.





## ARTICLE I

### Section 1

All legislative powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

### Section 2

1. The House of Representatives shall be composed of members chosen every second year by the people of the several States, and the electors in each State shall have the qualifications requisite for electors of the most numerous branch of the State legislature.

2. No person shall be a representative who shall not have attained to the age of twenty-five years, and been seven years a citizen of the United States, and who shall not, when elected, be an inhabitant of that State in which he shall be chosen.

3. Representatives [and direct taxes] shall be apportioned among the several States which may be included within this Union, according to their respective numbers, [which shall be determined by adding to the whole number of free persons, including those bound to service for a term of years, and excluding Indians not taxed, three fifths of all other persons.] The actual enumeration shall be made within three years after the first meet-





ing of the Congress of the United States, and within every subsequent term of ten years, in such manner as they shall by law direct. The number of representatives shall not exceed one for every thirty thousand, but each State shall have at least one representative; and until such enumeration shall be made, the State of New Hampshire shall be entitled to choose three, Massachusetts eight, Rhode Island and Providence Plantations one, Connecticut five, New York six, New Jersey four, Pennsylvania eight, Delaware one, Maryland six, Virginia ten, North Carolina five, South Carolina five, and Georgia three.

4. When vacancies happen in the representation from any State, the executive authority thereof shall issue writs of election to fill such vacancies.

5. The House of Representatives shall choose their speaker and other officers; and shall have the sole power of impeachment.

## Section 3

1. The Senate of the United States shall be composed of two senators from each State, [chosen by the legislature thereof,] for six years; and each senator shall have one vote.

2. Immediately after they shall be assembled in consequence of the first election, they shall be divided as equally as may be into three classes. The seats of the senators of the first class shall be vacated at the expiration of the second year, of the second class at the expiration of the fourth year, and of the third class at the





expiration of the sixth year, so that one third may be chosen every second year; and if vacancies happen by resignation, or otherwise, during the recess of the legislature of any State, the executive thereof may make temporary appointments until the next meeting of the legislature, which shall then fill such vacancies.

3. No person shall be a senator who shall not have attained to the age of thirty years, and been nine years a citizen of the United States, and who shall not, when elected, be an inhabitant of that State for which he shall be chosen.

4. The Vice President of the United States shall be President of the Senate, but shall have no vote, unless they be equally divided.

5. The Senate shall choose their other officers, and also a president *pro tempore*, in the absence of the Vice President, or when he shall exercise the office of the President of the United States.

6. The Senate shall have the sole power to try all impeachments. When sitting for that purpose, they shall be on oath or affirmation. When the President of the United States is tried, the chief justice shall preside: and no person shall be convicted without the concurrence of two thirds of the members present.

7. Judgment in cases of impeachment shall not extend further than to removal from office, and disqualifications to hold and enjoy any office of honor, trust or profit under the United States: but the party convicted shall nevertheless be liable and subject to indictment, trial, judgment and punishment, according to law.





## Section 4

1. The times, places, and manner of holding elections for senators and representatives, shall be prescribed in each State by the legislature thereof; but the Congress may at any time by law make or alter such regulations, except as to the places of choosing senators.

2. The Congress shall assemble at least once in every year, and such meeting shall be on the first Monday in December, unless they shall by law appoint a different day.

## Section 5

1. Each House shall be the judge of the elections, returns and qualifications of its own members, and a majority of each shall constitute a quorum to do business; but a smaller number may adjourn from day to day, and may be authorized to compel the attendance of absent members, in such manner, and under such penalties as each House may provide.

2. Each House may determine the rules of its proceedings, punish its members for disorderly behavior, and, with the concurrence of two thirds, expel a member.

3. Each House shall keep a journal of its proceedings, and from time to time publish the same, excepting such parts as may in their judgment require secrecy; and the yeas and nays of the members of either House on any question shall, at the desire of one fifth of those present, be entered on the journal.





4. Neither House, during the session of Congress, shall, without the consent of the other, adjourn for more than three days, nor to any other place than that in which the two Houses shall be sitting.

*Section 6*

1. The senators and representatives shall receive a compensation for their services, to be ascertained by law, and paid out of the Treasury of the United States. They shall in all cases, except treason, felony, and breach of the peace, be privileged from arrest during their attendance at the session of their respective Houses, and in going to and returning from the same; and for any speech or debate in either House, they shall not be questioned in any other place.

2. No senator or representative shall, during the time for which he was elected, be appointed to any civil office under the authority of the United States, which shall have been created, or the emoluments whereof shall have been increased during such time; and no person holding any office under the United States shall be a member of either House during his continuance in office.





## Section 7

1. All bills for raising revenue shall originate in the House of Representatives; but the Senate may propose or concur with amendments as on other bills.

2. Every bill which shall have passed the House of Representatives and the Senate, shall, before it becomes a law, be presented to the President of the United States; if he approves he shall sign it, but if not he shall return it, with his objections to that House in which it shall have originated, who shall enter the objections at large on their journal, and proceed to reconsider it. If after such reconsideration two thirds of that House shall agree to pass the bill, it shall be sent, together with the objections, to the other House, by which it shall likewise be reconsidered, and if approved by two thirds of that House, it shall become a law. But in all such cases the votes of both Houses shall be determined by yeas and nays, and the names of the persons voting for and against the bill shall be entered on the journal of each House respectively. If any bill shall not be returned by the President within ten days (Sundays excepted) after it shall have been presented to him, the same shall be a law, in like manner as if he had signed it, unless the Congress by their adjournment prevent its return, in which case it shall not be a law.

3. Every order, resolution, or vote to which the concurrence of the Senate and the House of Representatives may be necessary (except on a question of adjournment) shall be presented to the President of the United States; and before the same shall take





effect, shall be approved by him, or being disapproved by him, shall be repassed by two thirds of the Senate and House of Representatives, according to the rules and limitations prescribed in the case of a bill.

## Section 8

The Congress shall have the power

1. To lay and collect taxes, duties, imposts, and excises, to pay the debts and provide for the common defense and general welfare of the United States; but all duties, imposts, and excises shall be uniform throughout the United States;

2. To borrow money on the credit of the United States;

3. To regulate commerce with foreign nations, and among the several States, and with the Indian tribes;

4. To establish a uniform rule of naturalization, and uniform laws on the subject of bankruptcies throughout the United States;

5. To coin money, regulate the value thereof, and of foreign coin, and fix the standard of weights and measures;

6. To provide for the punishment of counterfeiting the securities and current coin of the United States;

7. To establish post offices and post roads;

8. To promote the progress of science and useful arts, by securing for limited times to authors and inventors the exclusive right to their respective writings and discoveries;





9. To constitute tribunals inferior to the Supreme Court;

10. To define and punish piracies and felonies committed on the high seas, and offenses against the law of nations;

11. To declare war, grant letters of marque and reprisal, and make rules concerning captures on land and water;

12. To raise and support armies, but no appropriation of money to that use shall be for a longer term than two years;

13. To provide and maintain a navy;

14. To make rules for the government and regulation of the land and naval forces;

15. To provide for calling forth the militia to execute the laws of the Union, suppress insurrections and repel invasions;

16. To provide for organizing, arming, and disciplining the militia, and for governing such part of them as may be employed in the service of the United States, reserving to the States respectively, the appointment of the officers, and the authority of training the militia according to the discipline prescribed by Congress;

17. To exercise exclusive legislation in all cases whatsoever, over such district (not exceeding ten miles square) as may, by cession of particular States, and the acceptance of Congress, become the seat of the government of the United States, and to exercise like authority over all places purchased by the consent of the legislature of the State in which the same shall be, for the erection of forts, magazines, arsenals, dockyards, and other needful buildings; and





18. To make all laws which shall be necessary and proper for carrying into execution the foregoing powers, and all other powers vested by this Constitution in the government of the United States, or in any department or officer thereof.

## Section 9

1. The migration or importation of such persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the year one thousand eight hundred and eight, but a tax or duty may be imposed on such importation, not exceeding ten dollars for each person.

2. The privilege of the writ of *habeas corpus* shall not be suspended, unless when in cases of rebellion or invasion the public safety may require it.

3. No bill of attainder or ex *post facto* law shall be passed.

4. No capitation, or other direct, tax shall be laid unless in proportion to the census or enumeration hereinbefore directed to be taken.

5. No tax or duty shall be laid on articles exported from any State.

6. No preference shall be given by any regulation of commerce or revenue to the ports of one State over those of another: nor shall vessels bound to, or from, one State be obliged to enter, clear, or pay duties in another.





7. No money shall be drawn from the treasury, but in consequence of appropriations made by law; and a regular statement and account of the receipts and expenditures of all public money shall be published from time to time.

8. No title of nobility shall be granted by the United States: and no person holding any office of profit or trust under them, shall, without the consent of the Congress, accept of any present, emolument, office, or title, of any kind whatever, from any king, prince, or foreign State.

### Section 10

1. No State shall enter into any treaty, alliance, or confederation; grant letters of marque and reprisal; coin money; emit bills of credit; make anything but gold and silver coin a tender in payment of debts; pass any bill of attainder, *ex post facto* law, or law impairing the obligation of contracts, or grant any title of nobility.

2. No State shall, without the consent of the Congress, lay any imposts or duties on imports or exports, except what may be absolutely necessary for executing its inspection laws; and the net produce of all duties and imposts laid by any State on imports or exports, shall be for the use of the treasury of the United States; and all such laws shall be subject to the revision and control of the Congress.





3. No State shall, without the consent of the Congress, lay any duty of tonnage, keep troops, or ships of war in time of peace, enter into any agreement or compact with another State, or with a foreign power, or engage in war, unless actually invaded, or in such imminent danger as will not admit of delay.





## ARTICLE II

*Section 1*

1. The executive power shall be vested in a President of the United States of America. He shall hold his office during the term of four years, and, together with the Vice President, chosen for the same term, be elected as follows:

2. Each State shall appoint, in such manner as the legislature thereof may direct, a number of electors, equal to the whole number of senators and representatives to which the State may be entitled in the Congress: but no senator or representative, or person holding an office of trust or profit under the United States, shall be appointed an elector.

The electors shall meet in their respective States, and vote by ballot for two persons, of whom one at least shall not be an inhabitant of the same State with themselves. And they shall make a list of all the persons voted for, and of the number of votes for each; which list they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the president of the Senate. The president of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates, and the votes shall then be counted. The person having the greatest number of votes shall be the President, if such number be a majority of the whole number of electors appointed; and if there be more than one who have such majority, and have an equal number of votes, then the House of Repre-



sentatives shall immediately choose by ballot one of them for President; and if no person have a majority, then from the five highest on the list the said House shall in like manner choose the President. But in choosing the President, the votes shall be taken by States, the representation from each State having one vote; a quorum for this purpose shall consist of a member or members from two thirds of the States, and a majority of all the States shall be necessary to a choice. In every case, after the choice of the President, the person having the greatest number of votes of the electors shall be the Vice President. But if there should remain two or more who have equal votes, the Senate shall choose from them by ballot the Vice President.

3. The Congress may determine the time of choosing the electors, and the day on which they shall give their votes; which day shall be the same throughout the United States.

4. No person except a natural born citizen, or a citizen of the United States, at the time of the adoption of this Constitution, shall be eligible to the office of President; neither shall any person be eligible to that office who shall not have attained to the age of thirty-five years, and been fourteen years a resident within the United States.

5. In case of the removal of the President from office, or of his death, resignation, or inability to discharge the powers and duties of the said office, the same shall devolve on the Vice President, and the Congress may by law provide for the case of removal, death, resignation, or inability, both of the President and Vice President, declaring what officer shall then act as Presi-





dent, and such officer shall act accordingly, until the disability be removed, or a President shall be elected.

6. The President shall, at stated times, receive for his services a compensation, which shall neither be increased nor diminished during the period for which he shall have been elected, and he shall not receive within that period any other emolument from the United States, or any of them.

7. Before he enter on the execution of his office, he shall take the following oath or affirmation:—"I do solemnly swear (or affirm) that I will faithfully execute the office of President of the United States, and will to the best of my ability, preserve, protect and defend the Constitution of the United States."

*Section 2*

1. The President shall be commander in chief of the army and navy of the United States, and of the militia of the several States, when called into the actual service of the United States; he may require the opinion, in writing, of the principal officer in each of the executive departments, upon any subject relating to the duties of their respective offices, and he shall have power to grant reprieves and pardons for offenses against the United States, except in cases of impeachment.

2. He shall have power, by and with the advice and consent of the Senate, to make treaties, provided two thirds of the senators present concur; and he shall nominate, and by and with the advice





and consent of the Senate, shall appoint ambassadors, other public ministers and consuls, judges of the Supreme Court, and all other officers of the United States, whose appointments are not herein otherwise provided for, and which shall be established by law: but the Congress may by law vest the appointment of such inferior officers, as they think proper, in the President alone, in the courts of law, or in the heads of departments.

3. The President shall have power to fill up all vacancies that may happen during the recess of the Senate, by granting commissions which shall expire at the end of their next session.

## Section 3

He shall from time to time give to the Congress information of the state of the Union, and recommend to their consideration such measures as he shall judge necessary and expedient; he may, on extraordinary occasions, convene both Houses, or either of them, and in case of disagreement between them with respect to the time of adjournment, he may adjourn them to such time as he shall think proper; he shall receive ambassadors and other public ministers; he shall take care that the laws be faithfully executed, and shall commission all the officers of the United States.





## Section 4

The President, Vice President, and all civil officers of the United States, shall be removed from office on impeachment for and conviction of, treason, bribery, or other high crimes and misdemeanors.



## ARTICLE III

*Section 1*

The judicial power of the United States shall be vested in one Supreme Court, and in such inferior courts as the Congress may from time to time ordain and establish. The judges, both of the Supreme and inferior courts, shall hold their offices during good behavior, and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office.

*Section 2*

1. The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;—to all cases affecting ambassadors, other public ministers and consuls;—to all cases of admiralty and maritime jurisdiction;—to controversies to which the United States shall be a party;—to controversies between two or more States;—between a State and citizens of another State;—between citizens of different States;—between citizens of the same State claiming lands under grants of different States, and between a State, or the citizens thereof, and foreign States, citizens or subjects.





2. In all cases affecting ambassadors, other public ministers and consuls, and those in which a State shall be party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court shall have appellate jurisdiction, both as to law and to fact, with such exceptions, and under such regulations as the Congress shall make.

3. The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the State where the said crimes shall have been committed; but when not committed within any State, the trial shall be at such place or places as the Congress may by law have directed.

## Section 3

1. Treason against the United States shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort. No person shall be convicted of treason unless on the testimony of two witnesses to the same overt act, or on confession in open court.

2. The Congress shall have power to declare the punishment of treason, but no attainder of treason shall work corruption of blood, or forfeiture except during the life of the person attained.



## ARTICLE IV

### Section 1

Full faith and credit shall be given in each State to the public acts, records, and judicial proceedings of every other State. And the Congress may by general laws prescribe the manner in which such acts, records and proceedings shall be proved, and the effect thereof.

### Section 2

1. The citizens of each State shall be entitled to all privileges and immunities of citizens in the several States.

2. A person charged in any State with treason, felony, or other crime, who shall flee from justice, and be found in another State, shall on demand of the executive authority of the State from which he fled, be delivered up to be removed to the State having jurisdiction of the crime.

3. No person held to service or labor in one State under the laws thereof, escaping into another, shall, in consequence of any law or regulation therein, be discharged from such service or labor, but shall be delivered up on claim of the party to whom such service or labor may be due.





## Section 3

1. New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the jurisdiction of any other State; nor any State be formed by the junction of two or more States, or parts of States, without the consent of the legislatures of the States concerned as well as of the Congress.

2. The Congress shall have power to dispose of and make all needful rules and regulations respecting the territory or other property belonging to the United States; and nothing in this Constitution shall be so construed as to prejudice any claims of the United States, or of any particular State.

## Section 4

The United States shall guarantee to every State in this Union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.





## ARTICLE V

The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose amendments to this Constitution, or, on the application of the legislatures of two thirds of the several States, shall call a convention for proposing amendments, which in either case, shall be valid to all intents and purposes, as part of this Constitution when ratified by the legislatures of three fourths of the several States, or by conventions in three fourths thereof, as the one or the other mode of ratification may be proposed by the Congress; provided that no amendment which may be made prior to the year one thousand eight hundred and eight shall in any manner affect the first and fourth clauses in the ninth section of the first article; and that no State, without its consent, shall be deprived of its equal suffrage in the Senate.





## ARTICLE VI

1. All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

2. This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the Judges in every State shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

3. The senators and representatives before mentioned, and the members of the several State legislatures, and all executive and judicial officers, both of the United States and of the several States, shall be bound by oath or affirmation to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.





## ARTICLE VII

The ratification of the conventions of nine States shall be sufficient for the establishment of this Constitution between the States so ratifying the same.

Done in Convention by the unanimous consent of the States present the seventeenth day of September in the year of our Lord one thousand seven hundred and eighty-seven, and of the independence of the United States of America the twelfth. In witness whereof we have hereunto subscribed our names.

## SIGNERS OF THE CONSTITUTION

Abraham Baldwin — *Georgia*

Richard Bassett — *Delaware*

Gunning Bedford, Jr. — *Delaware*

John Blair — *Virginia*

William Blount — *North Carolina*

David Brearley — *New Jersey*

Jacob Broom — *Delaware*

Pierce Butler — *South Carolina*

Daniel Carroll — *Maryland*

George Clymer — *Pennsylvania*

Jonathan Dayton — *New Jersey*

John Dickinson — *Delaware*

William Few — *Georgia*



Thomas FitzSimons — Pennsylvania
Benjamin Franklin — Pennsylvania
Nicholas Gilman — New Hampshire
Nathaniel Gorham — Massachusetts
Alexander Hamilton — New York
Jared Ingersoll — Pennsylvania
Dan of St. Thomas Jenifer — Maryland
William S. Johnson — Connecticut
Rufus King — Massachusetts
John Langdon — New Hampshire
James McHenry — Maryland
James Madison, Jr. — Virginia
Thomas Mifflin — Pennsylvania
Gouverneur Morris — Pennsylvania
Robert Morris — Pennsylvania
William Paterson — New Jersey
Charles Pinckney — South Carolina
Charles C. Pinckney — South Carolina
George Read — Delaware
John Rutledge — South Carolina
Roger Sherman — Connecticut
Richard D. Spaight — North Carolina
George Washington — Virginia
Hugh Williamson — North Carolina
James Wilson — Pennsylvania





# AMENDMENTS

FIRST TEN AMENDMENTS PASSED BY CONGRESS
SEPTEMBER 25, 1789. RATIFIED BY THREE FOURTHS
OF THE STATES DECEMBER 15, 1791.





## ARTICLE I

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the government for a redress of grievances.

## ARTICLE II

A well regulated militia, being necessary to the security of a free State, the right of the people to keep and bear arms, shall not be infringed.

## ARTICLE III

No soldier shall, in time of peace be quartered in any house, without the consent of the owner, nor in time of war, but in a manner to be prescribed by law.





## ARTICLE IV

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

## ARTICLE V

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation.





## ARTICLE VI

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense.

## ARTICLE VII

In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise reexamined in any court of the United States, than according to the rules of the common law.





## ARTICLE VIII

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

## ARTICLE IX

The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people.

## ARTICLE X

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.





## ARTICLE XI

PASSED BY CONGRESS MARCH 4, 1794.
RATIFIED FEBRUARY 7, 1795.

The judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by citizens of another State, or by citizens or subjects of any foreign State.





## ARTICLE XII

PASSED BY CONGRESS DECEMBER 9, 1803.

RATIFIED JULY 27, 1804.

The electors shall meet in their respective States, and vote by ballot for President and Vice President, one of whom, at least, shall not be an inhabitant of the same State with themselves; they shall name in their ballots the person voted for as President, and in distinct ballots, the person voted for as Vice President, and they shall make distinct lists of all persons voted for as President and of all persons voted for as Vice President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate;—The President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted;—The person having the greatest number of votes for President, shall be the President, if such number be a majority of the whole number of electors appointed;





## ARTICLE XIII

PASSED BY CONGRESS JANUARY 31, 1865.
RATIFIED DECEMBER 6, 1865.

*Section 1*

Neither slavery nor involuntary servitude, except as punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

*Section 2*

Congress shall have power to enforce this article by appropriate legislation.





## ARTICLE XIV

PASSED BY CONGRESS JUNE 13, 1866.
RATIFIED JULY 9, 1868.

### Section 1

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

### Section 2

Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed. But when the right to vote at any election for the choice of electors





for President and Vice President of the United States, representatives in Congress, the executive and judicial officers of a State, or the members of the legislature thereof, is denied to any of the male inhabitants of such State, being twenty-one years of age, and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.

*Section 3*

No person shall be a senator or representative in Congress, or elector of President and Vice President, or hold any office, civil or military, under the United States, or under any State, who having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two thirds of each House, remove such disability.



## Section 4

The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations, and claims shall be held illegal and void.

## Section 5

The Congress shall have power to enforce, by appropriate legislation, the provisions of this article.



**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Idaho Milk Products
2249 S. Tiger Dr.
Jerome, ID 83338

9590 9402 5854 0038 8175 84

7020 0090 0000 4021 7600

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X □ Agent □ Addres

B. Received by (Printed Name)   C. Date of Deliv
C19   12/18

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

3. Service Type
- □ Adult Signature
- □ Adult Signature Restricted Delivery
- □ Certified Mail®
- □ Collect on Delivery
- □ Collect on Delivery Restricted Delivery
- □ ....red Mail
- □ ....red Mail Restricted Delivery (....r $500)
- □ Priority Mail Express®
- □ Registered Mail™
- □ Registered Mail Restri Delivery
- □ Return Receipt for Merchandise
- □ Signature Confirmatio
- □ Signature Confirmatio Restricted Delivery

Domestic Return Rece

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ms. Berry, ISB # 7742
954 W. Jefferson St,
2nd Floor, P.O. Box
83720, Boise, Idaho
83720-0010

9590 9402 5867 0038 2300 59

7020 0090 0000 4021 8355

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X □ Agent □ Addresse

B. Received by (Printed Name)   C. Date of Deliver

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

3. Service Type
- □ Adult Signature
- □ Adult Signature Restricted Delivery
- □ Certified Mail®
- □ Certified Mail Restricted Delivery
- □ Collect on Delivery
- □ Collect on Delivery Restricted Delivery
- □ Insured Mail
- □ Insured Mail Restricted Delivery (over $500)
- □ Priority Mail Express®
- □ Registered Mail™
- □ Registered Mail Restricte Delivery
- □ Return Receipt for Merchandise
- □ Signature Confirmation
- □ Signature Confirmation Restricted Delivery

Domestic Return Receip

---

**SENDER: COMPLETE THIS SECTION**

- Complete Items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Idaho Human Rights
317 W. Main St.
Boise, ID, 83702

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X □ Agent □ Addresse

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

RECEIVED

DEC 2 1 2020

Idano Dept. of Labor
317 W. Main St.

3. Service Type
- □ Adult Signature
- □ Adult Signature Restricted Delivery
- □ ....ified Mail®
- □ Priority Mail Express®
- □ Registered Mail™
- □ Registered Mail

United States District Court

550 W. Fort St. Suite 400,

Boise, ID, 83724

Artem Andrianumearisata

235 Camarillo Way,

Twin Falls, ID, 83301

U.S. POSTAGE PAID
FCM LG ENV
TWIN FALLS, ID
83301
FEB 18, 21
AMOUNT
**$9.05**
R2305M147707-03

1005                83724

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7020 0090 0000 4023 6267

FEB 2 2 2021