United States District Court
for the
District of Idaho

Andrianumearisata Artem
*Plaintiff*
v
Gem State Staffing etc., al
*Defendant*

Case No.   1:20 -cv-00547-REB

U.S. COURTS

FEB 2 3 2021

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Assertion of Artem Andrianumearisa
in support of Opposition to Defendant
IHRC's Motion to Dismiss.

I, Artem Andrianumearisata , the Plaintiff of the Complaint number 1:20 -cv-00547-REB assert the next:

1. I am a lawful resident in the State of Idaho.

2. I am a person under 14th Amendment to the Constitution.

3. I have received a notice of rights to sue from U.S. Equal Employment Opportunity Commission , on September 6, 2020, in connection to Idaho Human Rights Commission decision from May 1,2020 , finding on the customs of the Gem State Staffing .

4. On December 1, 2020, when I personally filed the Complaint in the United States Court for the District of Idaho with the notice of a rights to suit, a clerk at that time issued the summons.

5. I have notified the Defendant IHRC on December 16, 2020, by mailing the Complaint with the original summons.

6. The following month, on 12th, I have received a Motion for a Time Extension, which did not have court's seal and the signature of who is granting it, and declaration of attorney Berry asking to correct the omission to the Complaint. The response to Motion for Time Extension and the signed copy of the Complained was mailed to IHRC's attorney the same month on the 16th.

7. Delivery of Director Earwicker's declaration, attorney Berry's Memorandum and IHRC's Motion to Dismiss/ Motion for Summary Judgment was by mail on February 1, 2021. But the good continuance for resolution is secured by a proper defendant serving of the summons and the Complaint.

8. As of this time, February 18, 2021, I have not received any response from Defendant Gem State Staffing and/or Idaho Milk Products.

I hereby certify to best of my knowledge, this information is true and correct.

Plaintiffs Name: Artem Andrianumearisata

Date : February 18,2021

Signature: _____