U.S. COURTS

United States District Court
for the
District of Idaho

FEB 2 3 2021

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Andrianumearisata Artem
*Plaintiff*
V
Gem State Staffing etc., al
*Defendant*

Case No.   1:20 -cv-00547-REB

Defining Motion for Judgment.

AFTER Defendant IHRC' motion for summary judgment , the Plaintiff is hereby defining the nature of relief sought, identifying to the court that the FRCP 12(c) and 56   not specifying whom shall determine the judgment of the matters, and for that reason designating that the Plaintiff sought resolution to the Complaint number 1:20-cv-00547-REB is only from the qualification authorized District Judge . If the court proceeds according to such qualification , the Plaintiff providing acknowledgment to the court that other parties to the Complaint has not been heard at this time , particularly the Plaintiff has not received   any response from defendant Gem State Staffing and/or Idaho Milk Products , to determine Constitutionality of matter in the Complaint only in connection to the defendant IHRC and to rule a default on the other defendants.

Plaintiffs Name: Artem Andrianumearisata

Date : February 18,2021

Signature: _____