United States District Court
for the
District of Idaho

U.S. COURTS

FEB 2 3 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

<u>Andrianumearisata Artem</u>
    *Plaintiff*
    V
<u>Gem State Staffing</u> etc., al
    *Defendant*

Case No.   1:20 -cv-00547-REB

Objecting the matters outside of

the Defendants Response.

By the boarding of the Defendant IHRC' matters outside of the response, manifested in the Memorandum of Defendant IHRC's Motion to Dismiss as a "(Dkt.11,p.5)" *(Memorandum p.6),* the Plaintiff hereby objecting based on the F.R.C.P. 12(g)(1), that any compact of the motion must be with the motion, but no such motion was presented as a response to the Plaintiff and should be dismissed by the court on the grounds of the FRCP 5(a)(2), not appearing, and 8(b)(6), the answer not required from the Plaintiff.

Plaintiffs Name: <u>Artem Andrianumearisata</u>

Date : <u>February 18,2021</u>

Signature: _____