United States District Court
for the
District of Idaho

<u>Andrianumearisata Artem</u>                                      Case No.    1:20-cv-00547-REB
   *Plaintiff*
      **V**
<u>Gem State Staffing etc., al</u>
   *Defendant*

Request for Court's Certification

in support of Opposition to Defendant

Idaho Human Rights Commission's Motion to dismiss.

Within the time specified in the Rule 4(c)(1), that it would not be much to urge the court by Rule 5.1(b), to furnish Defendant IHRC's attorney with the certificate of filing .

Plaintiffs Name: <u>Artem Andrianumearisata</u>

Date: <u>February 18, 2021</u>

Signature: _____

U.S. COURTS

FEB 2 3 2021

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO