United States District Court
for the
District of Idaho

U.S. COURTS

FEB 2 3 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Andrianumearisata Artem
  *Plaintiff*
  **v**
Gem State Staffing etc., al
  *Defendant*

Case No.   1:20-cv-00547-REB

Request to Order Issuance Under the Seal

Based on Defendant IHRC's allegations about eligibility of the Plaintiffs disclosure, the Plaintiff requests the court, according to the Rule 5.2(d), that every issuance of the court be under seal and shall contain a name from whom the judgment was issued.

Plaintiffs Name: Artem Andrianumearisata

Date : February 18, 2021

Signature: _____