United States District Court
for the
District of Idaho

U.S. COURTS
FEB 22 2021
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Andrianumearisata Artem
*Plaintiff*
V
Gem State Staffing etc., al
*Defendant*

Case No. 1:20 -cv-00547-REB

Furnishing the Disclosure to Citation List

HERE, within the response of FRCP 7.1(b), the Plaintiff is :

1) Furnishing the transcript of disclosure to the Citation List A , the Constitution of the United States with Amendments.

2) Providing prove of mailed summons and the Complain under the Citation List F.

Plaintiffs Name: Artem Andrianumearisata

Date : February 18,2021

Signature: _____